Territorial Law Library

FILED
SUPERIOR COURT
OF GUAM

IN THE SUPERIOR COURT OF GUAM

'09 NOV 27 PM 2: 50

CLERK OF COURT
BY:

MELISSA CASIL CHARGUALAF )
                              )
                      Plaintiff, )
vs.                      )
                              )
EDWARD D. CHARGUALAF, JR., )
                              )
                    Defendant. )

DOMESTIC CASE NOS
DM0661-07 & DM0662-07

**DECISION AND ORDER**

In the interest of judicial economy, the Honorable Judge ELIZABETH BARRETT-ANDERSON hereby is canceling the oral argument on Plaintiff's Motion to Compel Production & Deposition with Request for Sanctions pursuant to Local Rules of the Superior Court Rule 7.1(e)(3).

**FACTUAL & PROCEDURAL HISTORY**

Parties were divorced on or about April 2, 2008 pursuant to a Marital Settlement Agreement ("MSA") incorporated into the Interlocutory and Final Decree. Defendant subsequently moved to Hawaii and has been found in Contempt of Court for failing to pay pursuant to the Court Orders. Plaintiff claims that Defendant owes in excess of $37,000.00. Pl.'s Mot. to Compel Produc. & Depo. p.2 (July 7, 2009).

Throughout 2009, Plaintiff's counsel duly noticed three (3) separate depositions, which Defendant did not appear or provide any explanation for his failure to appear. Plaintiff's counsel incurred expense for each of these noticed depositions. On May 29, 2009 Plaintiff's counsel served Defendant's counsel with a Request for Production, which has not been fully responded to; nor were any written objections, request for additional time, or a motion for a protective order filed that would justify non-compliance with the Request for Production.

The Motion to Compel Production & Deposition with Request for Sanctions ("Motion") was filed on July 7, 2009 and was originally set for a hearing on September 2, 2009. The parties stipulated to a continence and the hearing was reset for October 21, 2009. The October 21, 2009 hearing was reset by the Court due to a Jury Trial until November 4, 2009. At the

**ORIGINAL**

November 4, 2009 hearing the Court continued the hearing because both attorneys were not present. To date the Defendant has not provided any opposition to the Motion.

## CONCLUSION

Upon good cause appearing therefore, it is HEREBY ORDERED, ADJUDGED AND DECREED that the Defendant is compelled to provide and produce to Plaintiff's counsel all documents required pursuant to Plaintiff's Request for Production no later than thirty (30) days of this Order. Defendant is also hereby compelled to personally appear at the Law Offices of Plaintiff's Counsel located at Suite 301 San Ramon Building, 115 San Ramon Street, Hagatna, Guam 96910 on January 11, 2010 at 2:00 p.m. to then and there give his Deposition pursuant to Rule 30 of the Guam Rules of Civil Procedure. Further, Plaintiff is hereby awarded TWO THOUSAND DOLLARS ($2,000.00) in attorney's fees and costs as sanctions from the Defendant.

NOV 27 2009

**SO ORDERED this** _____ **2009.**

_____
**HONORABLE ELIZABETH BARRETT-ANDERSON**
Judge, Superior Court of Guam

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam.
Dated at Hagatna, Guam

NOV 27 2009

Danric J. Mendiola
Deputy Clerk, Superior Court of Guam